IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



| | |
|---|---|
| AMBER J. WILLIAMS, | CV 18–19–H–DLC–JTJ |
| Plaintiff, | |
| vs. | ORDER |
| CANDICE OSTERMAN (Child and Family Services) and EMILY McVEY (Child and Family Services), | |
| Defendants. | |

United States Magistrate Judge John T. Johnston entered his Findings and Recommendations on April 9, 2018, recommending that this matter be dismissed for failure to state a federal claim. (Doc. 5 at 2.) Plaintiff failed to timely object to the Findings and Recommendations and so has waived the right to de novo review thereof. 28 U.S.C. § 636(b)(1)(C). Absent objection, this Court reviews findings and recommendations for clear error. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted).

After reviewing for clear error and finding none,

IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 5) are ADOPTED IN FULL.

1. This matter is DISMISSED for failure to state a federal claim.

2. The Clerk of Court is directed to close this matter and enter judgment in favor of Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure.

3. The Clerk of Court is directed to ensure the docket reflects the Court's certification pursuant to Federal Rule of Appellate Procedure 24(a)(3)(A) that any appeal of this decision would not be taken in good faith. No reasonable person could suppose an appeal would have merit as the record makes plain that the Complaint lacks arguable substance in law or fact.

DATED this 22nd day of June, 2018.

Dana L. Christensen, Chief Judge
United States District Court