UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| AMBER J. WILLIAMS,<br><br>              Plaintiff,<br><br>vs.<br><br>CANDICE OSTERMAN, et al.,<br><br>              Defendants. | Case No. CV-18-19-H-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff pursuant to the Order issued on today's date.

      Dated this 22nd day of June, 2018.

                                 TYLER P. GILMAN, CLERK

                                 By: /s/ A.S. Goodwin
                                 A.S. Goodwin, Deputy Clerk